```
 1  LAW OFFICES OF STUART E. FAGAN
    STUART E. FAGAN, State Bar No. 152732
 2  P.O. Box 503741
    San Diego, California 92150-3741
 3  Telephone: (858) 220-9601
    Facsimile: (858) 676-5339
 4  Email: fairhousinglawyer@sbcglobal.net

 5  Attorneys for Plaintiffs

 6

 7

 8                          UNITED STATES DISTRICT COURT

 9                         EASTERN DISTRICT OF CALIFORNIA

10

11  JESSE ROBIDOUX; REGINA              )   No. 02:06-cv-2334 LKK DAD
    ROBIDOUX; RANDALL REICHENBERG       )
12  JR. and JESSE J. ROBIDOUX JR., minors, )  ORDER ON PETITION OF LORENA
    by and through their GUARDIAN AD     )   LINGENFELTER FOR
13  LITEM, REGINA ROBIDOUX; SHAUN        )   APPOINTMENT OF GUARDIAN AD
    JOHNSON; LORENA LINGENFELTER;        )   LITEM
14  HANNAH BURK and MICHAEL BURK,        )   _____
    minors, by and through their GUARDIAN )
15  AD LITEM, LORENA LINGENFELTER,       )
    individuals,                         )
16                                       )
            Plaintiffs,                  )
17                                       )
        v.                               )
18                                       )
    WACKER FAMILY TRUST; WAYNE           )
19  WACKER, EILEEN WACKER, and           )
    CHRISTINE WACKER, individually and   )
20  doing business as VILLA SERRANO      )
    APARTMENTS; BRIAN ROSENGREN,         )
21                                       )
                                         )
22          Defendants.                  )
    _____)
23

24

25

26

27

28
```

1         The Court having considered the petition of Lorena Lingenfelter for the appointment of guardian ad litem for the minor children, Hannah Burk and Michael Burk, who are plaintiffs in the above action, and good cause appearing therefor,

        IT IS ORDERED that Lorena Lingenfelter is appointed guardian ad litem for the minor children, Hannah Burk and Michael Burk, who are named as plaintiffs in the above action.

Dated: October 27, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT