1  | **LAW OFFICES OF STUART E. FAGAN**
   | STUART E. FAGAN, State Bar No. 152732
2  | P.O. Box 503741
   | San Diego, California 92150-3741
3  | Telephone: (858) 220-9601
   | Facsimile: (858) 676-5339
4  | Email: fairhousinglawyer@sbcglobal.net

5  | Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | JESSE ROBIDOUX; REGINA          )     No. 02:06-cv-2334 LKK DAD
   | ROBIDOUX; RANDALL REICHENBERG   )
12 | JR. and JESSE J. ROBIDOUX JR., minors, )  ORDER ON PETITION OF REGINA
   | by and through their GUARDIAN AD )     ROBIDOUX FOR APPOINTMENT OF
13 | LITEM, REGINA ROBIDOUX; SHAUN   )     GUARDIAN AD LITEM
   | JOHNSON; LORENA LINGENFELTER;   )     _____
14 | HANNAH BURK and MICHAEL BURK,   )
   | minors, by and through their GUARDIAN )
15 | AD LITEM, LORENA LINGENFELTER,  )
   | individuals,                    )
16 |                                 )
   |         Plaintiffs,             )
17 |                                 )
   |    v.                           )
18 |                                 )
   | WACKER FAMILY TRUST; WAYNE      )
19 | WACKER, EILEEN WACKER, and      )
   | CHRISTINE WACKER, individually and )
20 | doing business as VILLA SERRANO )
   | APARTMENTS; BRIAN ROSENGREN,    )
21 |                                 )
   |                                 )
22 |         Defendants.             )
   | _____ )

23

24

25

26

27

28

Dockets.Justia.com

The Court having considered the petition of Regina Robidoux for the appointment of guardian ad litem for the minor children, Randall Reichenberg Jr. and Jesse J. Robidoux Jr., who are plaintiffs in the above action, and good cause appearing therefor,

IT IS ORDERED that Regina Robidoux is appointed guardian ad litem for the minor children, Randall Reichenberg Jr. and Jesse J. Robidoux Jr., who are named as plaintiffs in the above action.

Dated: October 27, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT