1  LUTHER R. LEWIS (SBN 109346)
   JOHNSON SCHACHTER & LEWIS
2  A Professional Law Corporation
   California Plaza
3  2180 Harvard Street, Suite 560
   Sacramento, CA 95815
4  Telephone: (916) 921-5800
   Facsimile: (916) 921-0247
5
   Attorneys for Defendants, WAYNE WACKER, EILEEN WACKER, and CHRISTINE
6  WACKER, individually and doing business as VILLA SERRANO APARTMENTS
7

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ROBIDOUX; REGINA ROBIDOUX; RANDALL REICHEBERG JR. and JESSE J. ROBIDOUX JR., minors by and through their GUARDIAN AD LITEM, REGINA ROBIDOUX; SHAUN JOHNSON; LORENA LINGENFELTER; HANNAH BURK and MICHAEL BURK, minors by and through their GUARDIAN AD LITEM, LORENA LINGENFELTER, individuals,<br><br>    Plaintiffs<br><br>v.<br><br>WACKER FAMILY TRUST; WAYNE WACKER, EILEEN WACKER, and CHRISTINE WACKER, individually and doing business as VILLA SERRANO APARTMENTS; BRIAN ROSEGREN<br><br>    Defendants. | Case No. 2:06 CV 02334 LKK DAD<br><br>**STIPULATION AND ORDER FOR REFERRAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM** |

IT IS STIPULATED by and between all parties, through their respective counsel, and with the Court's permission, that this matter may be referred to the Voluntary Dispute Resolution Program (VDRP) as described in Local Rule 16-271. The parties further stipulate as follows:

1. The VDRP process shall be completed within 120 days of the initial Status Conference, or by May 21, 2007. The Neutral shall file confirmation of completion of the VDRP process not later than May 25, 2007.

1  2.   No modification or addition to any existing case management plan is advisable.

2  3.   Prior to completion of VDRP, the number of depositions shall be limited to three (3)

3      depositions per side, although the parties may by stipulation take additional depositions

4      prior to completion of VDRP without leave of court.

**IT IS SO STIPULATED.**

7  Date:   January 11, 2007              JOHNSON SCHACHTER & LEWIS
                                          A Professional Law Corporation

9                                          _____/s/_____
10                                         LUTHER R. LEWIS, Attorneys for Defendants
                                           WAYNE WACKER, EILEEN WACKER, and
11                                         CHRISTINE WACKER, individually and doing
                                           business as VILLA SERRANO APARTMENTS

13 Date:   January 11, 2007              LAW OFFICES OF STUART E. FAGAN

15                                         _____/s/_____
                                           STUART E. FAGAN, Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED: January 16, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

# PROOF OF SERVICE

**CASE NAME:** Robidoux v. Wacker Family Trust, et al.
**CASE NO.:** 2:06 CV 02334 LKK DAD

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 2180 Harvard Street, Suite 560, Sacramento, CA 95815.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On, I served the following: **STIPULATION AND ORDER FOR REFERRAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM**

☐ United States Mail - on all parties in said action by placing a true copy of the above-described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

☐ By FACSIMILE (telecopier) - by personally sending to the addressee's facsimile number a true copy of the above-described document(s).

☐ Federal Express - on all parties in said action by placing a true copy of the above-described document(s) in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business as set forth below.

☐ Personal Service - By personally delivering or causing to be delivered a true copy of the above-described document to the person(s) and at the address(es) set forth as shown below.

Stuart E. Fagan
Law Offices of Stuart E. Fagan
P.O. Box 503741
San Diego, CA 92150-3741

☐ FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 11, 2007, at Sacramento, California.

_____
Doreen Guth