IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE ROBIDOUX, et al.,

      Plaintiffs,                      No. CIV S-06-2334 LKK DAD

      v.

WACKER FAMILY TRUST, et al.,      ORDER

      Defendants.

_____/

      This matter came before the court on February 25, 2008, at 3:30 p.m. for a specially set hearing on an ex parte application for order shortening time to hear a motion for protective order regarding two depositions scheduled for February 26, 2008. The ex parte application was filed by defendants Wacker Family Trust, Wayne Wacker, Eileen Wacker, and Christine Wacker, individually and doing business as Villa Serrano Apartments. Stuart E. Fagan, Esq. appeared for plaintiffs, and Luther R. Lewis, Esq. appeared telephonically for the moving defendants.[1]

      Upon consideration of the documents filed by the moving defendants, the arguments of counsel, and the entire file, the court finds no good cause for hearing the proposed

---

[1] No appearance was made by or on behalf of defendant Brian Rosengren, whose default was entered by the Clerk of the Court on February 26, 2007.

1

motion for protective order on shortened time.  The purported withdrawal of moving defendants' lead counsel does not meet the requirements of Local Rule 83-182(d) under the circumstances of this case, and the Clerk of the Court has erroneously, though understandably, terminated Mark A. Campbell, Esq. as co-counsel for the moving defendants.  The termination will be rescinded because the attempted withdrawal of lead counsel effectively leaves the clients <u>in propria persona</u>, in violation of Local Rule 83-182(d).  Absent a court order, obtained by noticed motion, relieving Mr. Campbell of his obligation to represent the moving defendants, either Mr. Campbell or another attorney from his office should attend the February 26, 2008 depositions on behalf of those defendants.

Accordingly, IT IS ORDERED that:

1. The February 8, 2008 notice of withdrawal of Mark A. Campbell of Murphy Campbell Guthrie & Alliston as counsel for defendants Wacker Family Trust, Wayne Wacker, Eileen Wacker, and Christine Wacker, individually and doing business as Villa Serrano Apartments, does not meet the requirements of Local Rule 83-182(d) and is rescinded;

2. The Clerk of the Court is directed to amend the docket to reflect that Mark A. Campbell has not been terminated as counsel for the defendants listed in the previous paragraph and serve this order upon attorney Campbell;

3. The Clerk of the Court is directed to amend the docket to reflect that Mark A. Campbell is not the attorney of record for defendant Brian Rosengren, as no appearance was made on behalf of defendant Rosengren;

4. Defendants' February 25, 2008 application for order shortening time for motion to be heard is denied; and

/////
/////
/////
/////

1  5. Defendants' February 25, 2008 proposed motion for protective order is moot.

2  DATED: February 25, 2008.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\robidoux2334.ost.den