UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE ROBIDOUX; REGINA ROBIDOUX; RANDALL REICHEBERG, JR. and JESSE J. ROBIDOUX, JR., minors by and through their GUARDIAN AD LITEM, REGINA ROBIDOUX; SHAUN JOHNSON; LORENA LINGENFELTER; HANNAH BURK and MICHAEL BURK, minors by and through their GUARDIAN AD LITEM, LORENA LINGENFELTER, individuals,

        NO. CIV.S-06-2334 LKK/DAD

    Plaintiffs,

  v.                          O R D E R

WACKER FAMILY TRUST; WAYNE WACKER, EILEEN WACKER and CHRISTINE WACKER, individually and doing business as VILLA SERRANO APARTMENTS; BRIAN ROSENGREN,

    Defendants.
_____/

    The court held a Pretrial Conference on June 23, 2008, which counsel for all parties attended. Based upon the representations made to the court at that conference, the court VACATES the trial currently set to begin on September 23, 2008. The court AMENDS its

1

Scheduling Order as follows:

1. Discovery shall be conducted so as to be completed no later than December 23, 2008. Experts are to be disclosed no later than sixty (60) days prior to the close of discovery.

2. The last date for hearing motions regarding discovery is November 23, 2008.

3. Law and Motion shall be conducted so as to be completed no later than February 23, 2009.

4. The Pretrial Conference is set for May 18, 2009 at 2:30 PM.

5. Trial is set for August 4, 2009. The parties represent in good faith that the trial will take approximately seven (7) days.

IT IS SO ORDERED.

DATED: June 24, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2