UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE ROBIDOUX; REGINA ROBIDOUX; RANDALL REICHEBERG, JR. and JESSE J. ROBIDOUX, JR., minors by and through their GUARDIAN AD LITEM, REGINA ROBIDOUX; SHAUN JOHNSON; LORENA LINGENFELTER; HANNAH BURK and MICHAEL BURK, minors by and through their GUARDIAN AD LITEM, LORENA LINGENFELTER, individuals,

NO. CIV.S-06-2334 LKK/DAD

Plaintiffs,

v.

O R D E R

WACKER FAMILY TRUST; WAYNE WACKER, EILEEN WACKER and CHRISTINE WACKER, individually and doing business as VILLA SERRANO APARTMENTS; BRIAN ROSENGREN,

Defendants.
_____/

Pending before the court is defendants' ex parte application to continue the hearing date on plaintiffs' motion for summary judgment. Plaintiffs oppose the application. Good cause appearing, the court orders as follows:

1

1. The hearing on plaintiffs' motion for summary judgment is CONTINUED to January 30, 2009.
2. Oppositions or statements of non-opposition SHALL be filed and served not later than December 22, 2008.
3. Replies, if any, SHALL be filed and served not later than January 5, 2009.

IT IS SO ORDERED.

DATED: October 17, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT