UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE ROBIDOUX; REGINA
ROBIDOUX; RANDALL
REICHEBERG, JR. and JESSE J.
ROBIDOUX, JR., minors by and
through their GUARDIAN AD
LITEM, REGINA ROBIDOUX; SHAUN
JOHNSON; LORENA LINGENFELTER;
HANNAH BURK and MICHAEL BURK,
minors by and through their
GUARDIAN AD LITEM, LORENA
LINGENFELTER, individuals,

NO. CIV.S-06-2334 LKK/DAD

    Plaintiffs,

  v.                                   O R D E R

WACKER FAMILY TRUST; WAYNE
WACKER, EILEEN WACKER and
CHRISTINE WACKER, individually
and doing business as VILLA
SERRANO APARTMENTS; BRIAN
ROSENGREN,

    Defendants.
_____/

    Pending before the court is plaintiffs' motion for summary judgment, currently set to be heard on April 6, 2009. Due to court congestion, the hearing is CONTINUED to May 4, 2009 at 10:00 AM. Oppositions or statements of non-opposition SHALL be filed and

served not later than March 23, 2009. Replies, if any, SHALL be filed and served not later than March 30, 2009.

Also, due to an oversight, the November 14, 2008 order amending the Scheduling Order omitted the Law and Motion cut-off date. Consistent with the close of discovery and pretrial conference dates, all Law and Motion matters shall be noticed to be heard not later than May 18, 2009.

IT IS SO ORDERED.

DATED: March 11, 2009.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT