1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9
JESSE ROBIDOUX; REGINA
10  ROBIDOUX; RANDALL
REICHEBERG, JR. and JESSE J.
11  ROBIDOUX, JR., minors by and
through their GUARDIAN AD
12  LITEM, REGINA ROBIDOUX; SHAUN
JOHNSON; LORENA LINGENFELTER;
13  HANNAH BURK and MICHAEL BURK,
minors by and through their
14  GUARDIAN AD LITEM, LORENA
LINGENFELTER, individuals,
15                                            NO. CIV.S-06-2334 LKK/DAD

16          Plaintiffs,

17      v.                                    O R D E R

18  WACKER FAMILY TRUST; WAYNE
WACKER, EILEEN WACKER and
19  CHRISTINE WACKER, individually
and doing business as VILLA
20  SERRANO APARTMENTS; BRIAN
ROSENGREN,
21
            Defendants.
22  _____/

23          The court is in receipt of the parties' stipulated request to

24  extend deadlines related to expert witnesses.  The court observes

25  the scheduling order was been previously modified pursuant to the

26  parties' stipulation on November 11, 2008.  The court does not find

                                    1

1  good cause to extend the deadlines again.

2      The parties are free to enter into whatever stipulations they

3  wish, but the court will not enforce such stipulations, and the

4  court will not enforce discovery at variance with the original

5  schedule.

6      Accordingly, the request to extend dates is DENIED.

7      IT IS SO ORDERED.

8      DATED:  March 27, 2009.

9

10

11  _____
    LAWRENCE K. KARLTON
12  SENIOR JUDGE
    UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26