**LAW OFFICES OF STUART E. FAGAN**
STUART E. FAGAN, State Bar No. 152732
P.O. Box 503741
San Diego, California 92150-3741
Telephone: (858) 220-9601
Facsimile: (858) 676-5339
Email: fairhousinglawyer@sbcglobal.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ROBIDOUX; REGINA ROBIDOUX; RANDALL REICHENBERG JR. and JESSE J. ROBIDOUX JR., minors, by and through their GUARDIAN AD LITEM, REGINA ROBIDOUX; SHAUN JOHNSON; LORENA LINGENFELTER; HANNAH BURK and MICHAEL BURK, minors, by and through their GUARDIAN AD LITEM, LORENA LINGENFELTER, individuals,<br><br> Plaintiffs,<br><br> v.<br><br>WACKER FAMILY TRUST; WAYNE WACKER, EILEEN WACKER, and CHRISTINE WACKER, individually and doing business as VILLA SERRANO APARTMENTS; BRIAN ROSENGREN,<br><br> Defendants. | No. 2:06-CV-02334-LKK-DAD<br><br>ORDER APPROVING MINORS' COMPROMISE AND DIRECTING BLOCKED ACCOUNTS TO BE OPENED FOR MINORS' PROCEEDS<br><br>Judge: Lawrence K. Karlton<br>Courtroom: 4<br>Date: June 1, 2009<br>Time: 10 a.m.<br>Trial: December 1, 2009 |

  The Court having considered the motion of Plaintiffs/Guardians Ad Litem Regina Robidoux and Lorena Lingenfelter to approve the compromise of the claims of Regina Robidoux's minor children, Randall Reichenberg Jr. and Jesse Robidoux Jr.; and Lorena Lingenfelter's minor children, Hannah Burk and Michael Burk, and good cause appearing therefor, hereby ORDERS THAT:

1. The Motion is granted and the compromise of the claims of Randall Reichenberg Jr., Jesse Robidoux Jr., Hannah Burk, and Michael Burk ("Claimants") are approved.

2. Plaintiffs' counsel shall deposit Claimants' proceeds into individual FDIC or NCUA insured accounts held in the name of each, respective minor. The depository institute may be selected by the respective Guardians Ad Litem, Regina Robidoux (for Randall Reichenberg Jr. and Jesse Robidoux Jr.) and Lorena Lingenfelter (for Hannah Burk and Michael Burk).

3. Said accounts shall be blocked, so that no withdrawal of principal or interest can be made prior to said, respective minor's reaching the age of 18, unless a written order is obtained from this Court. The money on deposit is not subject to escheat.

4. Upon each minor's attaining the age of 18, his respective account shall be unblocked without further order of this Court. Claimant Randall Reichenberg Jr. is currently ten years old and will reach the age of majority on October 28, 2016. Claimant Jesse Robidoux Jr. is currently four years old and will reach the age of majority on September 2, 2022. Claimant Hannah Burk is currently six years old and will reach the age of majority on October 17, 2020. Claimant Michael Burk is currently four years old and will reach the age of majority on January 19, 2023.

5. Plaintiffs' counsel shall provide each minor's bank or credit union with a copy of this Order, and shall, within 30 days, file with the Court a declaration verifying the opening of said blocked accounts.

6. Bond is waived.

Dated: May 28, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT