1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9

JESSE ROBIDOUX; REGINA
10  ROBIDOUX; RANDALL
REICHEBERG, JR. and JESSE J.
11  ROBIDOUX, JR., minors by and
through their GUARDIAN AD
12  LITEM, REGINA ROBIDOUX; SHAUN
JOHNSON; LORENA LINGENFELTER;
13  HANNAH BURK and MICHAEL BURK,
minors by and through their
14  GUARDIAN AD LITEM, LORENA
LINGENFELTER, individuals,
15                                        NO. CIV.S-06-2334 LKK/DAD

16          Plaintiffs,

17      v.                                      O R D E R

18  WACKER FAMILY TRUST; WAYNE
WACKER, EILEEN WACKER and
19  CHRISTINE WACKER, individually
and doing business as VILLA
20  SERRANO APARTMENTS; BRIAN
ROSENGREN,
21
            Defendants.
22  _____/

23      On April 21, 2011, the Ninth Circuit issued a mandate in the

24  above-referenced matter. The mandate directed the district court

25  to determine whether the net recovery of the four minor plaintiffs

26  under the proposed settlement is fair and reasonable as to each

                                   1

1  minor plaintiff. Accordingly, the court ORDERS plaintiffs to file

2  a new proposed settlement within fourteen (14) days of the issuance

3  of this order, for the court's review under the standard set out

4  by the Ninth Circuit. Any opposition or statement of non-opposition

5  shall be filed not later than ten (10) days thereafter.

6      IT IS SO ORDERED.

7      DATED:   June 6, 2011.

8

9

10  _____
    LAWRENCE K. KARLTON
11  SENIOR JUDGE
    UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2