UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE ROBIDOUX; REGINA ROBIDOUX; RANDALL REICHEBERG, JR. and JESSE J. ROBIDOUX, JR., minors by and through their GUARDIAN AD LITEM, REGINA ROBIDOUX; SHAUN JOHNSON; LORENA LINGENFELTER; HANNAH BURK and MICHAEL BURK, minors by and through their GUARDIAN AD LITEM, LORENA LINGENFELTER, individuals,

NO. CIV.S-06-2334 LKK/DAD

    Plaintiffs,

  v.                                       O R D E R

WACKER FAMILY TRUST; WAYNE WACKER, EILEEN WACKER and CHRISTINE WACKER, individually and doing business as VILLA SERRANO APARTMENTS; BRIAN ROSENGREN,

    Defendants.

/

    Currently before the court is plaintiffs' motion to approve minors' compromises. On May 29, 2009, the court "appprove[d] the compromise of the minors' claims in all respects except" the percentage of the total settlement award devoted to attorneys'

1

1  fees. On March 30, 2011, a panel of the Ninth Circuit reversed this
2  court's partial denial of the motion to approve the minors'
3  compromise and "remand[ed] with instructions for the district court
4  to determine whether the net recovery of the four minor plaintiffs
5  under the proposed settlement is fair and reasonable as to each
6  minor plaintiff." The court, however, already determined that the
7  proposed settlement is fair and reasonable as to the awards to the
8  minor plaintiffs when it approved their settlements in May 2009.
9       For the foregoing reasons, the court orders as follows:
10      (1)  Plaintiffs' motion to approve the minors' compromises
11           (Doc. No. 103) is GRANTED.
12      (2)  Hearing on plaintiffs' motion to approve the minors'
13           compromises, currently set for August 1, 2011, is
14           VACATED.
15      IT IS SO ORDERED.
16      DATED: July 28, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2